# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

LOCAL 7-0018, PAPER, ALLIED-INDUSTRIAL,
  CHEMICAL AND ENERGY WORKERS (PACE)
  INTERNATIONAL UNION, AFL-CIO, CLC,

        Plaintiff,

      V.                              CASE NUMBER: **03-C-1446**

**WISCONSIN GAS COMPANY,**
**d/b/a WE ENERGIES,**

        and

**WISCONSIN ELECTRIC POWER COMPANY,**
**d/b/a WE ENERGIES,**

        and

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL**
  **WORKERS, LOCAL UNION NO. 2150, AFL-CIO,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the motion of plaintiff Local 7-0018, Paper, Allied-Industrial, Chemical and Energy Workers ("PACE") International Union, AFL-CIO, CLC, for summary judgment, is DENIED.**

**The motion of defendant International Brotherhood of Electrical Workers, Local Union No. 2150, AFL-CIO, ("IBEW") for summary judgment, is GRANTED.**

**The motion of Wisconsin Electric Power Company and Wisconsin Gas Company ("WE Energies"), for summary judgment, is GRANTED.**

**The Court will not, in these circumstances, compel tripartite arbitration nor vacate the arbitration decision between IBEW and WE Energies. The presence of competing arbitration procedures in the collective bargaining agreements ("CBAs") of PACE and IBEW, the no-strike provisions in both CBAs, and the possibility that bipartite arbitration between PACE and WE Energies might produce a result harmonious with the IBEW arbitration decision makes compelling tripartite arbitration inappropriate in these circumstances.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **January 23, 2006** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |

*APPROVED AS TO FORM:*

s/ Rudolph T. Randa
Hon. Rudolph T. Randa
Chief Judge

January 23, 2006
Date